[No. 41289-2-I.    Division One.    January 19, 1999.]

JOSHUA TAYLOR, *Respondent*, v. ELMER SAUNDERS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-13369-8, Jim Bates, J., entered August 26, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Grosse and Becker, JJ.

[No. 41297-3-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY RIVERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-02071-5, Linda C. Krese, J., entered August 12, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Ellington, JJ.

[No. 41301-5-I.    Division One.    January 19, 1999.]

OLE BRAHE-PEDERSEN, ET AL., *Respondents*, v. BOHENG WEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-12234-3, Mary Wicks Brucker, J., entered August 13, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Becker, JJ.

[No. 41305-8-I.    Division One.    January 19, 1999.]

MATT TORNETTA, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-2-00706-1, Steven J. Mura, J., entered October 7, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Kennedy, C.J., and Grosse, J. Now published at 94 Wn. App. 803.